# 780 CASES REPORTED WITH BRIEF SYLLABI.

ABRAHAM JOSEPH, an Infant, etc., v. JOSEPH M. BLUMBERG.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of MAURICE A. LYNCH, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH GENSER, Respondent, v. BENJAMIN GENSER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BEN A. BOUGHAN, Respondent, v. ADOLPH B. BENESCH and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE BRONX GAS AND ELECTRIC COMPANY, Respondent, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK and Others, Defendants, Impleaded with FRANCIS MARTIN, as District Attorney for the County of the Bronx, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.*

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of UNITED STATES TRUST COMPANY OF NEW YORK, as Executor, etc., of ANNA MARIA JONES, Deceased.— Decree affirmed, with costs to all parties separately appearing and filing briefs, payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN H. REDMOND, Respondent, v. ADOLPH B. BENESCH and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH H. VALENSTEIN, Respondent, v. NEW YORK AND LONG ISLAND TRACTION COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL ROGALSKY and Another, Respondents, v. HERMAN F. SIMONS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BROWNING, KING & COMPANY, Appellant, v. JAMES C. DAVIS, Director-General of Railroads, as Agent, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.†

CHILDS COMPANY, Landlord, Appellant, v. MARGARET E. SUTTON, Tenant, Respondent. JOHN DOE and Another, Undertenants.— Determination of Appellate Term reversed and final order of Municipal Court reinstated and affirmed, with costs to appellant in this court and in the Appellate Term, upon the ground that the defendant was precluded from taking an appeal by the terms of the stipulation made by her in open court with full knowledge of the situation, by reason whereof she obtained a stay of the issuance of the warrant of dispossession until the first of August. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

---

* See *Bronx Gas & Electric Co. v. Pub. Serv. Comm.* (28 State Dept. Rep. 329; P. U. R. 1923A, p. 255; 22 Rate Research, p. 83).— [REP.

† See *Browning, King & Co. v. Davis* (120 Misc. Rep. 520).— [REP.